AUSA Assigned: STM

RE: *Complaint and Arrest Warrant for EDWARD LESTER SCHRONCE JR.*

## AFFIDAVIT

STATE OF WASHINGTON    )
                       :ss
County of Spokane      )

I, Tim Renouard, being duly sworn, do hereby depose and state:

1. Your Affiant, since 2003, has served as a Special Agent with United States Immigration and Customs Enforcement(ICE), U.S. Department of Homeland Security Investigations (HSI). Prior to my current assignment, from 1987-2003, I served as a Special Agent/Criminal Investigator/Supervisory Resident Agent for the U.S. Customs Service. I am currently assigned as a Special Agent with HSI Office in Spokane, Washington. I am responsible for conducting federal criminal investigations, including but not limited to, immigration, narcotics, and firearms violations. Throughout my federal law enforcement career, I have conducted or supervised more than 100 federal immigration, narcotics, firearms, and other investigations.

2. This Affidavit is provided for the limited purpose of establishing probable cause in support of a Complaint and Arrest Warrant for EDWARD LESTER SCHRONCE JR. (hereinafter "SCHRONCE") for possession of

ammunition as a previously convicted felon, in violation of 18 U.S.C. § 922(g)(1). This Affidavit contains facts known personally to me and facts provided to me by other law enforcement officers. Because this Affidavit is provided for the limited purpose of establishing probable cause, it does not contain all the facts known to me or other law enforcement officers regarding this investigation.

### Facts to Establish Probable Cause

3  On or about April 19, 2013, at approximately 12:01 a.m., SCHRONCE, driving a vehicle and trailer, attempted to enter Canada through the Port of Entry at or near Osoyoos, British Columbia. Upon inspection, Canadian border inspectors seized a .25 caliber firearm from SCHRONCE and denied him entry into Canada. SCHRONCE returned to the Unites States via the Port of Entry at or near Oroville, Washington.

4.  On or about April 19, 2013, at approximately 12:10 a.m., U.S. Customs and Border Protection officers conducted a secondary border inspection of SCHRONCE, his vehicle, and vehicle trailer. Pursuant to this search, U.S. Customs and Border Protection officers discovered approximately 9,951 rounds of ammunition, including but not limited to, .357 caliber Ruger ammunition, .32 caliber and .40 caliber Smith & Wesson ammunition, .380 ACP ammunition, .300

caliber Winchester ammunition, and .17 caliber HMR ammunition, among others. The specified ammunition listed above was discovered inside SCHRONCE's vehicle trailer and had been previously manufactured outside the state of Washington. Further investigation revealed that SCHRONCE had also been previously convicted of at least one (1) crime punishable by imprisonment for a term exceeding one (1) year, including unlawful possession of a firearm as a previously convicted felon in Okanogan, County, WA, case number 11-100131-6.

## Conclusion

5. Based upon the information set forth above, your Affiant respectfully submits that probable cause exists to conclude that EDWARD LESTER SCHRONCE JR. has violated 18 U.S.C. § 922(g)(1). I declare under the penalty of perjury that the above statements are true and correct to the best of my knowledge and belief.

_____
Tim Renouard, Special Agent
U.S. Deparment of Homeland Security

SUBSCRIBED AND SWORN to before me this 19th day of April, 2013.

_____
Cynthia Imbrogno
United States Magistrate Judge