AO 245B (Rev 09/11) Judgment in a Criminal Case
Sheet 1   Revised by WAED - 06/13

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| EDWARD LESTER SCHRONCE, JR. | Case Number:   2:13CR00060-001 |
| | USM Number:   21793-013 |
| | Matthew A. Campbell |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Count 1 of the Indictment

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition | 04/19/13 | 1 |

   The defendant is sentenced as provided in pages 2 through   __8__   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s)   ☐ is   ☐ are dismissed on the motion of the United States.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

~~12/13/2013~~   12/16/2013
Date of Imposition of Judgment

*[signature]*
Signature of Judge

Justin L. Quackenbush, Senior Judge, U.S. District Court
Name and Title of Judge

12/16/13
Date

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: time served

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B   (Rev. 09/11) Judgment in a Criminal Case
         Sheet 3 — Supervised Release

DEFENDANT: EDWARD LESTER SCHRONCE, JR.  
CASE NUMBER: 2:13CR00060-001

Judgment—Page 3 of 8

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :   3 years

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.  *(Check if applicable.)*

☒   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  *(Check if applicable.)*

☒   The defendant shall cooperate in the collection of DNA as directed by the probation officer.  *(Check if applicable.)*

☐   The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.  *(Check if applicable.)*

☐   The defendant shall participate in an approved program for domestic violence.  *(Check if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

## SPECIAL CONDITIONS OF SUPERVISION

14) You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

15) You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search.

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | **Assessment** | **Fine** | **Restitution** |
|--------|----------------|----------|-----------------|
| TOTALS | $100.00        | $0.00    | $0.00           |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|-------------------|-----------------|-------------------------|----------------------------|
| TOTALS            | $0.00           | $0.00                   |                            |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

B ☒ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☒ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Defendant shall participate in the BOP Inmate Financial Responsibility Program. During the time of incarceration, monetary penalties are payable on a quarterly basis of not less than $25.00 per quarter.

While on supervised release, monetary penalties are payable on a quarterly basis of not less than $25.00 per quarter or 10% of the defendant's net household income, whichever is larger, commencing 30 days after the defendant is released from imprisonment.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the following address until monetary penalties are paid in full: Clerk, U.S. District Court, Attention: Finance, P.O. Box 1493, Spokane, WA 99210-1493.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Case Numbers (including defendant number) and Defendant and Co-Defendant Names, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☒ The defendant shall forfeit the defendant's interest in the following property to the United States:

    Court has been informed that the ammunition (SEE PAGES 7 and 8) has been administratively forfeited.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

Judgment—Page 7 of 8

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

# ADDITIONAL FORFEITED PROPERTY

(a) 1,560 rounds of .223 caliber Barnaul ammunition;
(b) 900 rounds of .223 caliber Wolf ammunition;
(c) 200 rounds of .223 caliber Winchester ammunition;
(d) 974 rounds of 7.62x39 TCW ammunition;
(e) 39 rounds of 7.62 Lake City Army Plant ammunition;
(f) 365 rounds of 6.8mm Hornady ammunition;
(g) 493 rounds of .308 caliber Wolf ammunition;
(h) 6 rounds of .308 caliber Winchester ammunition;
(i) 295 rounds of .17 caliber HMR Hornady ammunition;
(j) 126 rounds of .17 caliber HMR CCI ammunition;
(k) 91 rounds of 450 Hornady ammunition;
(l) 300 rounds of .45 caliber PMC ammunition;
(m) 50 rounds of .45 caliber Winchester ammunition;
(n) 100 rounds of .45 caliber Remington ammunition;
(o) 70 rounds .38-55 Winchester ammunition;
(p) 1,226 rounds of .22 caliber Winchester ammunition;
(q) 576 rounds of .22 caliber CCI ammunition;
(r) 79 rounds of .300 caliber Barnes ammunition;
(s) 14 rounds of .300 caliber FC HE ammunition;
(t) 10 rounds of .300 caliber Frontier ammunition;
(u) 90 rounds of .300 caliber Nosler ammunition;
(v) 100 rounds of .300 caliber Winchester ammunition;
(w) 80 rounds of .243 caliber Federal ammunition;
(x) 51 rounds of .243 caliber Winchester ammunition;
(y) 38 rounds of .243 caliber Remington ammunition;
(z) 68 rounds of .22-250 caliber Winchester ammunition;
(aa) 78 rounds of .22-250 caliber Remington ammunition;
(bb) 29 rounds of .22-250 caliber Federal ammunition;
(cc) 225 rounds of .270 caliber Winchester ammunition;
(dd) 40 rounds of .270 caliber Federal ammunition;
(ee) 5 rounds of .416 caliber A-Squar ammunition;
(ff) 46 rounds of .416 caliber Norma ammunition;
(gg) 17 rounds of .416 caliber Safari ammunition;
(hh) 80 rounds of .416 caliber Hornady ammunition;
(ii) 51 rounds of .30-06 caliber Barnes ammunition;
(jj) 20 rounds of .30-06 caliber Nosler ammunition;
(kk) 20 rounds of .30-06 caliber Federal ammunition;
(ll) 79 rounds of .375 caliber Barnes ammunition;
(mm) 20 rounds of .375 caliber Remington ammunition;
(nn) 20 rounds of .375 caliber Winchester ammunition;
(oo) 20 rounds of .375 caliber Hornady ammunition;
(pp) 92 rounds of .338 caliber Winchester ammunition;
(qq) 20 rounds of .338 caliber Frontier ammunition
(rr) 30 rounds of 12 gauge Remington ammunition;
(ss) 56 rounds of 12 gauge Federal ammunition;
(tt) 78 rounds of 12 gauge Winchester ammunition;
(uu) 20 rounds of 12 gauge Lellier & Belot ammunition;
(vv) 2 rounds of 12 gauge Fiocchi ammunition;
(ww) 25 rounds of .38 caliber Remington ammunition;
(xx) 160 rounds of .38 caliber Winchester ammunition;
(yy) 1 round of .38 caliber Speer ammunition;
(zz) 1 round of .38 caliber S8W ammunition;

DEFENDANT: EDWARD LESTER SCHRONCE, JR.
CASE NUMBER: 2:13CR00060-001

# ADDITIONAL FORFEITED PROPERTY

(aaa) 1 round of .38 caliber Federal ammunition;
(bbb) 6 rounds of .38 caliber R-P ammunition;
(ccc) 7 rounds of .38 caliber PMC ammunition;
(ddd) 1 round of .38 caliber WPA ammunition;
(eee) 26 rounds of .357 caliber Frontier ammunition;
(fff) 12 rounds of .357 caliber PMC ammunition;
(ggg) 4 rounds of .45-70 caliber Federal ammunition;
(hhh) 43 rounds of .45-70 caliber Remington ammunition;
(iii) 20 rounds of .45-70 caliber Hornady ammunition;
(jjj) 47 rounds of .410 gauge Winchester ammunition;
(kkk) 38 rounds of .410 gauge Federal ammunition;
(lll) 31 rounds of .25 caliber Hornady ammunition;
(mmm) 84 rounds of .32 caliber Remington ammunition;
(nnn) 50 rounds of .32 caliber Western ammunition;
(ooo) 15 rounds of .30 carbine Remington ammunition;
(ppp) 25 rounds of .40 caliber R-P ammunition;
(qqq) 20 rounds of .40 caliber Federal ammunition;
(rrr) 62 rounds of .40 caliber Winchester ammunition;
(sss) 7 rounds of 16 gauge Remington ammunition;
(ttt) 4 rounds of 16 gauge Federal ammunition;
(uuu) 27 rounds of 9mm AP ammunition;
(vvv) 31 rounds of 9mm Remington ammunition;
(www) 72 rounds of 9mm Winchester ammunition;
(xxx) 25 rounds of .44 caliber Remington ammunition;
(yyy) 4 rounds of .44 caliber Winchester ammunition;
(zzz) 6 rounds of .44 caliber Midway ammunition;
(aaaa) 21 rounds of .44 caliber Federal ammunition;
(bbbb) 20 rounds of .44 caliber ELC ammunition;
(cccc) 14 rounds of .44 caliber CCI ammunition;
(dddd) 1 round of .44 caliber Hornady ammunition;
(eeee) 1 round of 9x18 Hornady ammunition;
(ffff) 9 rounds of .380 caliber R-P ammunition;
(gggg) 6 rounds of .380 caliber F-C ammunition;
(hhhh) 2 rounds of .380 caliber PMC ammunition;
(iiii) 1 round of .380 caliber Winchester ammunition;
(jjjj) 1 round of .380 caliber Federal ammunition;
(kkkk) 1 round of .380 caliber CBC ammunition;
(llll) 1 round of .404 caliber CZ ammunition;
(mmmm) 1 round of .405 caliber Hornady ammunition; and
(nnnn) 1 round of .460 caliber Hornady ammunition.