PROB 12C
(7/93)

Report Date: April 20, 2015

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 2 0 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Lester Schronce, Jr.   Case Number: 0980 2:13CR00060-JLQ-1

Address of Offender: ███████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 16, 2013

| | |
|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison 242 days; TSR - 36 days |
| Asst. U.S. Attorney: | Sean Thomas McLaughlin |
| Defense Attorney: | Matthew A. Campbell |

Type of Supervision: Supervised Release

Date Supervision Commenced: December 17, 2013

Date Supervision Expires: December 16, 2016

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On April 16, 2015, the undersigned officer received a voice mail from an officer with the Spokane Police Department, stating they had arrived at the offender's address to assist paramedics after Mr. Schronce had called the "VA," stating that he "was suicidal," and reported "taking some meds." The officer stated that Mr. Schronce had "locked the door on them," referring to paramedics, and then refused to answer. The officer further stated that they had spoken with a third party at the complex who stated that Mr. Schronce had recently purchased firearms, including "two rifles and a pistol." |
| | Upon receiving the police reports, the undersigned officer was able to further investigate the incident, and received additional information in regard to the purchase of the firearms by Mr. Schronce. Subsequently, a search of Mr. Schronce's residence was conducted pursuant to his supervised release conditions. During the search, the following items were located: a Mossburg, model 590, 12-gauge shotgun, a Bushmaster model Carbon 15, .223-caliber rifle, and an Auto-Ordnance, model 1911 A1 US Army pistol. |

Prob12C
Re: Schronce, Edward Lester
April 20, 2015
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/20/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

4/20/2015
Date