PROB 12C
(7-93)

Report Date: January 5, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 05, 2016**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Lester Schronce          Case Number: 0980 2:13CR00060-JLQ-1

Address of Offender: ███████████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 16, 2013

Original Offense:      Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:     Prison 242 days; TSR - 36        Type of Supervision: Supervised Release
                       months

Asst. U.S. Attorney:   Russell E. Smoot                 Date Supervision Commenced: August 7, 2015

Defense Attorney:      Matthew A. Campbell              Date Supervision Expires: August 6, 2017

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition # 14**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement absent further order of the Court. You shall allow reciprocal release of information between the supervising officer and treatment provider. You shall contribute to the cost of treatment according to your ability to pay.

                        **Supporting Evidence**: On December 29, 2015, the undersigned officer was able to speak with staff at the Spokane Veterans Hospital, where Mr. Schronce had alleged that he was enrolled in mental health treatment. According to staff, it was recommended to Mr. Schronce, during a medication management meeting that occurred at the Spokane Veterans Hospital on November 25, 2015, that he participate in mental health counseling; however, Mr. Schronce refused to engage in the recommended services.

                        On September 2, 2015, Mr. Schronce submitted to a mental health evaluation conducted by Mr. Robert Shepard. The recommendation was that Mr. Schronce engage in mental health counseling at a rate of two times per month. On January 4, 2016, the undersigned officer received information from Mr. Robert Shepard that Mr. Schronce had missed his scheduled mental health appointment with the provider previously scheduled for December 29, 2015, and did not call to make proper notification of the need to miss the appointment.

Prob12C
Re: Schronce, Edward Lester
January 5, 2016
Page 2

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 5, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[X] No Action by the court per 1/5/16 hearing
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

1/5/16
Date