PROB 12C
(7/93)

Report Date: June 20, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Edward Lester Schronce, Jr.     Case Number: 0980 2:13CR00060-JLQ-1

Address of Offender: ███████████████ Spokane, Washington 99208

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: December 16, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 242 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: August 7, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: August 6, 2017 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On June 20, 2016, after a search of Mr. Schronce's residence, Mr. Schronce was found to have in his residence a black Beretta model 950 BS .22. The weapon was loaded with a round in the chamber. Also, located in the residence was 10 boxes of .223 ammunition and a loose bag of rounds; appearing to be both .223 and .45. The evidence was turned over to the Bureau of Alcohol, Tobacco, and Firearms, and Mr. Schronce was subsequently arrested reference the alleged new criminal behavior. Charges are currently pending. |
| 2 | **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. |
| | **Supporting Evidence**: On June 19, 2016, the undersigned officer received credible information that Mr. Schronce was in possession of a firearm. On June 20, 2016, a search team was assembled and a plan was developed for contacting Mr. Schronce at his residence. The undersigned officer placed a call to Mr. Schronce requesting that he meet the undersigned officer at his vehicle for the purposes of inspecting his garage. Mr. Schronce |

agreed to meet the undersigned officer at his vehicle parked near his residence at 1220 hours. While en route to the residence, the undersigned officer was made aware by agents with the Bureau of Alcohol, Tobacco, and Firearms, and deputies with the U.S. Marshals Service, that were conducting surveillance at the address that following the phone call, Mr. Schronce had exited his residence and was moving toward his vehicle and garage at which time he was detained by officers.

When questioned, Mr. Schronce denied having any items that would place him in violation of his conditions as ordered by the Court. Mr. Schronce was informed of the intent to search his residence, and again questioned relative to having possession of any items that would be considered contraband, and he again denied having any such items. A K9 search of the residence pinpointed several items of concern; primarily, Mr. Schronce's night stand. A further inspection revealed a black Beretta model 950 BS .22 located in the top drawer of the night stand. The weapon was loaded with a round in the chamber. Also, located in the residence was 10 boxes of .223 ammunition and a loose bag of rounds; appearing to be both .223 and .45.

Following the search, evidence was turned over to the Bureau of Alcohol, Tobacco, and Firearms. Criminal charges are pending in this matter.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 20, 2016

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

June 20, 2016
Date